IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

RALPH W. BOYD                                                                                    PLAINTIFF

V.                                                                         CIVIL ACTION NO. 1:09CV156-SA-JAD

SOCIAL SECURITY ADMINISTRATION                                              DEFENDANT

## ORDER ADOPTING REPORT & RECOMMENDATION

On consideration of the file and records in this action, the Court finds that the report and recommendation of the United States Magistrate Judge dated December 16, 2009, was on that date duly served via CM/ECF, the Court's electronic case management and filing system, upon counsel for the defendant and on plaintiff by first class mail; that more than fourteen days have elapsed since service of said report and recommendation; and that no objection has been filed or served by the parties. The Court holds that the report and recommendation should be approved and adopted as the opinion of the Court. Plaintiff filed a Motion for Extension of Time on December 23, 2009, seeking until December 28, 2009, to file his Response to the Report and Recommendations. Although the Court grants this requested extension, to date, no Response has ever been filed by the Plaintiff.

It is, therefore, **ORDERED:**

1. The report and recommendation of the magistrate judge dated December 16, 2009, is hereby approved adopted as the opinion of the court.

2. That the plaintiff's claims are dismissed with prejudice.

1

THIS, the 3rd day of February, 2010.

                                              **/s/ Sharion Aycock**
                                              **UNITED STATES DISTRICT JUDGE**